# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 4:19-cv-03613 ) ) |
| v. | ) ) |
| RRH – DEN, LLC, a Delaware Limited Liability Company, *d/b/a Denny's* | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within fourteen (14) days and further request that all deadlines be adjourned while they finalize their settlement.

Dated: December 16, 2019

                              Respectfully Submitted,

                              By: */s/ Louis I. Mussman*
                                    Louis I. Mussman
                                    Attorney-in-charge
                                    Florida Bar No. 597155
                                    S.D. TX No. 2274288
                                    Ku & Mussman, P.A.
                                    18501 Pines Boulevard, Suite 209-A
                                    Pembroke Pines, FL 33029
                                    Tel: (305) 891-1322
                                    Fax: (305) 891-4512
                                    Louis@KuMussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

Stacy Bruce
Cobb Martinez Woodward PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
sbruce@cobbmartinez.com

By: */s/ Louis I. Mussman*
      Louis I. Mussman