UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-03613 |
| DENNY'S, INC., *et al*, | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed January 3, 2020, (Doc# 15), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

It is so ORDERED. 02/04/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge